**IN RE William Steven PALEOS**

**A Member of the Bar of the District of Columbia Court of Appeals, Bar Registration No. 358580, 2017 DDN 238**

**No. 17–BG–1258**

District of Columbia Court of Appeals.

(FILED—February 1, 2018)

BEFORE: Beckwith, Associate Judge, and Washington and Farrell, Senior Judges.

**ORDER**

PER CURIAM

On consideration of the certified order changing respondent's status to practice law in the state of Maryland to inactive by consent, this court's December 5, 2017, order suspending respondent and directing him to show cause why he should not be indefinitely suspended pursuant to a disability suspension under D.C. Bar R. XI § 13 as reciprocal discipline, the statement of Disciplinary Counsel wherein he states that respondent notified him that he did not oppose the imposition of reciprocal discipline, and it appearing that respondent did not file a response to this court's order but did file his D.C. Bar R. XI § 14 (g) affidavit on January 2, 2018, it is

ORDERED that William Steven Paleos is hereby indefinitely suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI § 13 *nunc pro tunc* to January 2, 2018. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI § 13 (g) for reinstatement, as well as the provisions of Rule XI § 16 (b) dealing with the requirements for reinstatement.